IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE RAINEY,<br>    Petitioner,<br><br>v.<br><br>DISTRICT ATTORNEY'S OFFICE OF<br>PHILADELPHIA et al.,<br>    Respondents | CIVIL ACTION<br><br>No. 09-2537 |

**ORDER**

And now, this 10th day of December, 2009, upon careful consideration of petitioner Kyle Rainey's motion to set aside the dismissal of his previous petition for federal habeas relief (Doc. #1), the District Attorney's response (Doc. #6), petitioner's amended motion (Doc. #7), petitioner's reply (Doc. #9), and petitioner's subsequent amendments (Doc. #10, 11), it is hereby **ORDERED** that:

1. Petitioner's Rule 60(b) motion for relief from the dismissal of his first § 2254 motion is **DENIED** and **DISMISSED**.

2. Petitioner's *Hazel-Atlas* motion for relief from the dismissal of his first § 2254 motion is **DENIED** and **DISMISSED**.

3. Petitioner's miscellaneous other requests—for an evidentiary hearing, appointment of counsel, appointment of an expert, and for discovery —are **DENIED** as moot.

4. Respondent's motion for an injunction against subsequent habeas filings is **DENIED**.

5. There is no basis on which to grant a certificate of appealability.

6. The clerk shall **CLOSE** this case for statistical purposes.

                                                          /s/ William H. Yohn Jr.
                                                          William H. Yohn Jr., Judge